**FILED**

08/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0284

ORIGINAL



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0284

IN RE THE MARRIAGE OF:

BRIDGET J. KELLY,

      Appellee and Petitioner,

v.

JOSEPH S. CAMP III,

      Appellant and Respondent.

**FILED**

AUG 2 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

<u>SECOND</u>
ORDER OF MEDIATOR APPOINTMENT

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4), (c),

      On June 30, 2021, Anna Williams was appointed as Mediator. She has since informed this office that she must decline the appointment.

      ACCORDINGLY, the appointment of Ms. Williams is rescinded, and: IT IS ORDERED THAT **LEANNE SCHRAUDNER,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this 25th day of August, 2021.

                                    _____
                                        Bowen Greenwood,
                                   Clerk of the Supreme Court

c:     Jason M. Scott, P. Mars Scott, Kevin S. Brown, Leanne M. Schraudner, Anna Williams